**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-1894**

---

LEWIS R. DODDS,

Plaintiff - Appellant,

and

COMMERCIAL ENERGIES, INCORPORATED; GREGORY
KELLAM SCOTT,

Plaintiffs,

versus

UNITED AIRLINES, INC., a Delaware corporation;
METROPOLITAN WASHINGTON AIRPORTS AUTHORITY;
JANELLE MCARTHUR; CHRISTOPHER D. SMEAL; R. P.
HARRIS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, District
Judge. (CA-93-120-A)

---

Submitted: September 10, 1996      Decided: September 26, 1996

---

Before MURNAGHAN and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lewis R. Dodds, Appellant Pro Se.  Kimberly Anne Newman, HUNTON &
WILLIAMS, Washington, D.C.; Thomas J. Byrne, Barry Alan Schwartz,
BYRNE, KIELY & WHITE, Denver, Colorado, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying
relief on his 42 U.S.C. § 1985(3) (1994) claim. We have reviewed
the record and the district court's opinion and find no reversible
error. Accordingly, we affirm on the reasoning of the district
court. <u>Dodds v. United Airlines, Inc.</u>, No. CA-93-120-A (E.D. Va.
Mar. 15, 1995). We dispense with oral argument because the facts
and legal contentions are adequately presented in the materials
before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>